| | |
|---|---|
| HEATHER E. WILLIAMS, Bar #122664 | |
| Federal Defender | |
| MEGAN T. HOPKINS, Bar #294141 | |
| Assistant Federal Defenders | |
| 2300 Tulare Street, Suite 330 | |
| Fresno, CA 93721-2226 | |
| Telephone: (559) 487-5561 | |
| Fax: (559) 487-5950 | |

Attorneys for Defendant
KYLE CLARDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00217 LJO-SKO |
| *Plaintiff*, | STIPULATION TO CONTINUE TRIAL DATE; ORDER (N.B. 20th due to holiday) |
| vs. | |
| KYLE CLARDY, | DATE: February 20, 2019<br>TIME: 8:30 a.m. |
| *Defendant*. | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Melanie Alsworth, counsel for Plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for Defendant Kyle Clardy, that **the trial set for November 27, 2018 at 8:30 a.m., may be continued to February 19, 2019 at 8:30 a.m.**

The reason for this continuance is that the parties anticipate a superseding or separate indictment to be filed which will likely change the trajectory of the case. The continuance will allow additional time for defense investigation and plea negotiations in light of the anticipated additional charges.

///

///

///

///

Based on the foregoing the parties agree that the ends of justice served by resetting the trial date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Dated: September 28, 2018      MCGREGOR SCOTT
                               United States Attorney

                               */s/ Melanie Alsworth*
                               MELANIE ALSWORTH
                               Assistant United States Attorney
                               Attorney for Plaintiff

Dated: September 28, 2018      HEATHER E. WILLIAMS
                               Federal Defender

                               */s/ Megan T. Hopkins*
                               MEGAN T. HOPKINS
                               Assistant Federal Defenders
                               Attorneys for Defendant
                               KYLE CLARDY

# **O R D E R**

The Court has reviewed and considered the stipulation of the parties to continue the trial in this case. Good cause appearing, the jury trial currently set for November 27, 2018, is continued to **February 20, 2019, at 8:30 a.m.** (due to the holiday that week). The time period between November 27, 2018 and February 20, 2019 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **October 1, 2018**            */s/ Lawrence J. O'Neill*
                                       UNITED STATES CHIEF DISTRICT JUDGE