| | |
|---|---|
| HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender<br>MEGAN T. HOPKINS, Bar #294141<br>Assistant Federal Defenders<br>2300 Tulare Street, Suite 330<br>Fresno, CA 93721-2226<br>Telephone: (559) 487-5561<br>Fax: (559) 487-5950<br><br>Attorneys for Defendant<br>KYLE CLARDY | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>KYLE CLARDY,<br><br>*Defendant*. | Case No. 1:17-cr-00217 LJO-SKO<br><br>STIPULATION TO CONTINUE TRIAL DATE; ORDER OF DENIAL<br><br>DATE: August 20, 2019<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Melanie Alsworth, counsel for Plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for Defendant Kyle Clardy, that **the trial set for February 20, 2019 at 8:30 a.m., may be continued to August 20, 2019 at 8:30 a.m. or as soon thereafter as the Court is available.**

The reason for this continuance is that the parties anticipate a superseding or separate indictment to be filed which will likely change the trajectory of the case. The continuance will allow additional time for defense investigation and plea negotiations in light of the anticipated additional charges.

/ / /

/ / /

/ / /

Based on the foregoing the parties agree that the ends of justice served by resetting the trial date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Dated: December 19, 2018               MCGREGOR SCOTT
                                       United States Attorney

                                       */s/ Melanie Alsworth*
                                       MELANIE ALSWORTH
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

Dated: December 19, 2018               HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ Megan T. Hopkins*
                                       MEGAN T. HOPKINS
                                       Assistant Federal Defenders
                                       Attorneys for Defendant
                                       KYLE CLARDY

**O R D E R**

The Court has reviewed and considered the stipulation of the parties to continue the trial in this case. Good cause is not stated in that the reason given is only an "anticipation." The Government has within its power and discretion to make a decision now. In addition, the date requested for trial is not available. Should Good Cause be provided, the available dates for a new trial date are May 1, June 11, 18, or 25, July 16 or 23. Denied without prejudice.

IT IS SO ORDERED.

   Dated:  **December 20, 2018**            /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE

-2-
CLARDY: Stipulation to Continue Trial