1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   MEGAN T. HOPKINS, Bar #294141
    Assistant Federal Defenders
3   2300 Tulare Street, Suite 330
    Fresno, CA 93721-2226
4   Telephone: (559) 487-5561
    Fax: (559) 487-5950
5
    Attorneys for Defendant
6   KYLE CLARDY

7

8                 IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:17-cr-00217 LJO-SKO

12          *Plaintiff*,               **AMENDED** STIPULATION TO CONTINUE
                                        TRIAL DATE; ORDER
13  vs.

14  KYLE CLARDY,                        DATE:   June 11, 2019
                                        TIME:   8:30 a.m.
15          *Defendant*.                JUDGE:  Hon. Lawrence J. O'Neill

16

17          **IT IS HEREBY STIPULATED** by and between the parties through their respective

18  counsel, Assistant United States Attorney Melanie Alsworth, counsel for Plaintiff, and Assistant

19  Federal Defender Megan T. Hopkins, counsel for Defendant Kyle Clardy, that **the trial set for**

20  **February 20, 2019 at 8:30 a.m., may be continued to June 11, 2019 at 8:30 a.m. or as soon**

21  **thereafter as the Court is available.**

22          The reason for this continuance is that the government has notified the defense that it will

23  be filing either a superseding or separate indictment in January, 2019, charging the defendant

24  with at least four additional counts, including a count which carries a mandatory minimum and

25  consecutive sentence. This will change the trajectory of the case and require additional defense

26  investigation and preparation in advance of trial, in addition to the need for further plea

27  negotiations in an effort to resolve the case.  The continuance will allow additional time for

28  defense investigation and plea negotiations in light of the additional charges which the

1   government has confirmed it intends to seek by way of grand jury.

2       Based on the foregoing the parties agree that the ends of justice served by resetting the

3   trial date outweigh the best interest of the public and the defendant in a speedy trial. Therefore

4   the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

5

6   Dated: December 20, 2018             MCGREGOR SCOTT
                               United States Attorney

7

8                              */s/ Melanie Alsworth*
                               MELANIE ALSWORTH

9                                Assistant United States Attorney
                               Attorney for Plaintiff

10

11   Dated: December 20, 2018            HEATHER E. WILLIAMS
                               Federal Defender

12

13                                */s/ Megan T. Hopkins*
                               MEGAN T. HOPKINS

14                                Assistant Federal Defenders
                               Attorneys for Defendant

15                                KYLE CLARDY

16

17                       **O R D E R**

18       The Court has reviewed and considered the stipulation of the parties to continue the trial

19   in this case. Good cause appearing, the jury trial currently set for February 20, 2019, is

20   continued to **June 11, 2019, at 8:30 a.m.** The time period between February 20, 2019 and June

21   11, 2019 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and

22   (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best

23   interest of the public and the defendant in a speedy trial.

24

    IT IS SO ORDERED.

25

26     Dated:   **December 20, 2018**         **/s/ Lawrence J. O'Neill**
                                  UNITED STATES CHIEF DISTRICT JUDGE

27

28

CLARDY: Stipulation to Continue Trial