| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar #294141<br>Assistant Federal Defenders |
| 3 | 2300 Tulare Street, Suite 330<br>Fresno, CA 93721-2226 |
| 4 | Telephone: (559) 487-5561<br>Fax: (559) 487-5950 |
| 5 | |
| 6 | Attorneys for Defendant<br>KYLE CLARDY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00217 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| vs. | |
| KYLE CLARDY, | DATE: October 15, 2019<br>TIME: 8:30 a.m. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Thomas Newman, counsel for Plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for Defendant Kyle Clardy, that **the sentencing hearing set for September 16, 2019 at 8:30 a.m., may be continued to October 15, 2019 at 8:30 a.m. or as soon thereafter as the Court is available.**

The reason for this continuance is that defense counsel will be in the middle of trial on September 16, 2019, and will not have adequate time to prepare for sentencing and file sentencing materials for the Court's consideration. Defense counsel was previously scheduled to begin trial on September 17, 2019, which would have allowed for sentencing in this matter to proceed as scheduled. However, the trial has recently been advanced to September 9, 2019, and is anticipated to last more than two weeks. Accordingly, defense counsel will not have the opportunity to adequately prepare for sentencing in this matter absent a brief continuance beyond

the dates set for trial in the other matter.

Based on the foregoing the parties agree that the ends of justice are served by resetting the sentencing date and request that sentencing in this matter be continued to October 15, 2019 at 8:30 a.m., or as soon thereafter as the Court is available.

Dated:  August 14, 2019         MCGREGOR SCOTT
                                United States Attorney

                                */s/ Thomas Newman*
                                THOMAS NEWMAN
                                Assistant United States Attorney
                                Attorney for Plaintiff

Dated:  August 14, 2019         HEATHER E. WILLIAMS
                                Federal Defender

                                */s/ Megan T. Hopkins*
                                MEGAN T. HOPKINS
                                Assistant Federal Defenders
                                Attorneys for Defendant
                                KYLE CLARDY

# **O R D E R**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, the sentencing hearing currently set for September 16, 2019, is continued to **October 15, 2019, at 8:30 a.m.**

IT IS SO ORDERED.

   Dated:   **August 15, 2019**              /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE

-2-
CLARDY:  Stipulation to Continue Sentencing