# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA
# BEFORE THE HONORABLE CHI SOO KIM

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: 1:17-cr-00217-KJM |
| Government, | |
| v. | **MINUTES** |
| KYLE CLARDY | |
| Defendant. | Date: May 8, 2024<br>Deputy Clerk: Alexandra Waldrop<br>Court Reporter: Rachel Alvarez (ECRO) |

_____/

**Counsel for Government:** Emily Sauvageau
**Counsel for Defendant:** Megan Hopkins

**Preliminary Hearing:**

| | |
|---|---|
| 2:58 p.m. | Counsel for parties present. Defendant present and in custody. Defendant advised rights. Parties confirmed they were ready to proceed with Preliminary Hearing. The Court addressed counsel regarding the Defendant's Request to Release Portion of Probation Records (ECF No. 56). The Government and defense counsel addressed the Court regarding the request and stating opposition. |
| 3:03 p.m. | After hearing from parties and for reasons stated on the record, the Court DENIED the Defendant's Request (ECF No. 56). |
| 3:04 p.m. | Government's witness, **Probation Officer Brandon Dawkins** sworn and testified on direct by AUSA Sauvageau. |
| 3:07 p.m. | Cross examination began by defense counsel, Ms. Hopkins. |
| 3:11 p.m. | Witness excused. The Government requested the Court take judicial notice as stated on the record. The Court granted the request and took judicial notice. |
| 3:12 p.m. | Defense witness, **Robert Anthony Mendoza** sworn and testified on direct by defense counsel, Ms. Hopkins. |
| 3:18 p.m. | Cross examination began by AUSA Sauvageau. |
| 3:20 p.m. | Witness excused. Defense counsel made arguments to the Court regarding the charges and probable cause. |

| | |
|---|---|
| 3:24 p.m. | The Government made arguments regarding the charges and probable cause. |
| 3:26 p.m. | After hearing arguments and for reasons stated on the record, the Court found there was probable cause of a new law violation as to the charge alleged in the Violation Petition (ECF No. 46). The Court ordered defendant remain detained and noted the detention order previously entered by Judge Grosjean in Fresno (ECF No. 54). The Court heard from parties as to shackling. Legs only shackling ordered for defendant. Admit/Deny hearing SET for 5/13/2024 at 9:00 AM before District Judge Mueller. |
| 3:30 p.m. | Hearing concluded. Government exhibit returned to Government counsel after court. |
| **TOTAL TIME:** | 32 minutes |
| **ADMITTED EXHIBITS** | Government Exhibit 1 |