**FILED**
August 01, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

XUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

KYLE CLARDY,

    Defendant.

Case No.  1:17-cr-00217-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  KYLE CLARDY ,

Case No.  1:17-cr-00217-KJM , Charge 18 USC 922(g)(1), from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

    __X__ (Other):  The defendant is ordered released on 08/03/2024 no later than 8:30 AM to the third party custody of Federal Defender Investigator Melvin Buford, to be returned to custody no later than 5:30 p.m.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 01, 2024 at 2:00 PM.

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE