HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MEGAN T. HOPKINS, SBN 294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/ Fax 916-498-5710
Megan_Hopkins@fd.org

Attorneys for Defendant
KYLE CLARDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:17-cr-00217-KJM |
|---|---|---|
| Plaintiff, | ) | **ORDER FOR TEMPORARY RELEASE** |
| vs. | ) | Date:   August 1, 2024 |
| KYLE CLARDY, | ) | Time:  2:00 p.m. |
|  | ) | Judge: Hon. Allison Claire |
| Defendant. | ) |  |

Defendant KYLE CLARDY is to be **released from Sacramento County Jail** *no later than* **8:30 a.m. on Saturday, August 3, 2024.**

Mr. Clardy is to travel directly to the Allen Mortuary, located at 247 North Broadway in Turlock, CA, in the third-party custody of Federal Defender Investigator Melvin Buford, to attend his sister's funeral services.  Mr. Buford is then directed to transport Mr. Clardy back to Sacramento County Jail, to surrender back to custody no later than 5:30 p.m. on August 3, 2024.

Mr. Clardy is ordered to comply with all conditions of his federal supervision, and may not travel to any location other than Allen Mortuary, before returning to Sacramento County Jail.

**IT IS SO ORDERED**.

Dated: August 1, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE