HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Megan_Hopkins@fd.org

Attorney for Defendant
KYLE CLARDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:17-cr-00217-KJM |
| Plaintiff, | ) ) | |
| vs. | ) ) | STIPULATION FOR TEMPORARY RELEASE; [PROPOSED] ORDER |
| KYLE CLARDY, | ) ) | |
| Defendant. | ) ) | Judge: Hon. Kimberley J. Mueller |
| | ) ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Phillip A. Talbert, through Assistant United States Attorney Emily Sauvageau, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Megan T. Hopkins, attorney for defendant Kyle Clardy, that he temporarily released from the custody of the United States Marshal Service in order to attend his grandmother's viewing and funeral services on Thursday September 12 and Friday September 13, 2024.  The parties consulted with the probation officer, who has no objection to this request.

Kyle Clardy is presently in the custody of the United States Marshal Service, having been sentenced to 8 months in the custody of the Bureau of Prisons on August 26, 2024.  Mr. Clardy is currently housed at the facility in Taft, CA.  At the August 26, 2024 sentencing hearing, the Court discussed the propriety of a temporary release order with the parties and indicated that the

Court would grant such a request to permit Mr. Clardy to visit with his grandmother, who was hospitalized and in critical condition.  On August 28, 2024, two days following the hearing and before the parties had an opportunity to finalize a stipulation regarding Mr. Clardy's temporary release, his grandmother passed away at the hospital.  Funeral services have since been arranged through Allen Mortuary, in Turlock, CA.

A visitation service for Ms. Joyce Mendosa, Mr. Clardy's grandmother, is scheduled for Thursday, September 12, 2024 from 5:00 p.m. – 7:00 p.m. at Allen Mortuary, located at 247 North Broadway in Turlock, CA Funeral services are scheduled to begin  in the same location on Friday, September 13, 2024 at 10:00 a.m., followed immediately by a procession to Turlock Memorial Park.

Danielle Sanchez, Mr. Clardy's fiancé, is available to transport Mr. Clardy from the Taft Correctional Facility at 12:00 p.m. on Thursday, September 12, 2024 directly to Allen Mortuary, where Mr. Clardy can change into appropriate clothing and join his family for the viewing service.  Ms. Sanchez will then transport Mr. Clardy directly to his grandfather's home, where he will remain for the evening and not absent himself from the house until the following morning to attend the funeral services. On Friday, September 13, 2024, Mr. Clardy will travel with Ms. Sanchez and his grandfather directly to Allen Mortuary for funeral services and the procession to follow, and thereafter will return directly to the Taft Correctional Facility to re-surrender into United States Marshal custody no later than 6:00 p.m. that evening.

The Taft Correctional Facility is located approximately 193 miles from Allen Mortuary, with an estimated driving time of 3.5-4 hours, depending on traffic conditions. The proposed release and re-surrender times take into account the estimated travel time in order to allow Mr. Clardy to attend all of the services related to his grandmother's memorial and return to custody

without delay.  Defense counsel has contacted a United States Marshal Service Deputy, who

confirmed that Mr. Clardy may be released from the facility at Taft with an order from the Court.

### CONCLUSION

Based upon the foregoing, it is the parties' request that the Court order Mr.

Clardy's temporary release from Taft Correctional Facility at 12:00 p.m. on Thursday,

September 12, 2024, to re-surrender no later than 6:00 p.m. on Friday, September 13, 2024.

Respectfully submitted,

Dated: September 4, 2024                HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Megan Hopkins
                                        MEGAN HOPKINS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        KYLE CLARDY

Dated: September 4, 2024                PHILLIP A. TALBERT
                                        United States Attorney

                                        /s/ Emily Sauvageau
                                        EMILY SAUVAGEAU
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

1

2

3          ORDER

4

5          Defendant KYLE CLARDY is to be **released from Taft Correctional Facility at 12:00**

6  **p.m. on Thursday, September 12, 2024.**

7          Mr. Clardy is to travel directly to the Allen Mortuary, located at 247 North Broadway in

8  Turlock, CA. Following visitation services, Mr. Clardy is to travel directly to his grandfather's

9  home in Turlock, CA, where he must remain until the following morning.  Mr. Clardy is to then

10 travel directly to the Allen Mortuary to attend his grandmother's funeral services and procession,

11 and thereafter is to travel directly back to the **Taft Correctional Facility** to **resurrender to the**

12 **custody of the United States Marshals Service no later than 6:00 p.m. on Friday,**

13 **September 13, 2024.**

14          Mr. Clardy is ordered to comply with all conditions of his federal supervision during his

15 temporary release.

16          **IT IS SO ORDERED**.

17

18 Dated: September 9,  2024

19

_____

CHIEF UNITED STATES DISTRICT JUDGE